UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS WILLIAMSON,

    Plaintiff,                                           Case No. 19-cv-11141
                                                           Hon. Matthew F. Leitman

v.

YANFENG GLOBAL AUTOMOTIVE
INTERIORS, CO LTD, *et al.*,

    Defendant.

_____/

# ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS (ECF No. 22.)

Now pending before the Court is Defendants' Motion for Sanctions. (*See* Mot., ECF No. 22.) The Court held a status conference on April 6, 2021. For the reasons explained on the record, Defendants' motion is denied without prejudice.

The Court further orders Defendants to answer discovery requests related to late-produced documents by April 27, 2021. The Court also orders Plaintiff to present himself for deposition by not later than May 11, 2021.

**IT IS SO ORDERED**.

                                                           s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: April 7, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764